# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA – CIVIL DIVISION

RONALD BATMAN
315 James Street
Milton, PA 17847

                   Plaintiff

       vs.

A.P. Green Industries Inc
1 Green Boulevard
Mexico, MO 65265

Armstrong Industries
816 Maple Street
Three Rivers, MI 49093

Asea Brown Boveri
12040 Regency Parkway
Cary, NC 27518

Eagle Picher Industries
C & Porter Streets
P.O. Box 47
Joplin, MO 64802

Flexitallic Gasket Company
6915 Highway 225
Deer Park, TX 77536

Garlock Sealing Technologies
1666 Division Street
Palmyra, NY 14522

John Crane
6400 West Oakton Street
Morton Grove, IL 60053

Johns Manville
Mansville Personal Injury
Settlement Trust
P.O. Box 5108
Denver, CO 80217

NO.:   4: 12-CV-1854

FILED
SCRANTON

NOV 0 9 2012

Per_____
DEPUTY CLERK

Keene Corporation
Keene Creditors Trust
190 Willis Avenue
Mineola, NY 11501

Lincoln Electric                              :        NO.:    4: 12-CV-1854
22801 Saint Claire Avenue
Euclid, OH 44117

McDermott International
757 North Eldridge Parkway
Houston, Texas 77079

M.H. Detrick Co.
9400 Bormet Drive
Suite 10
Mokena, IL 60448

Owens Corning Fiberglas
Owens Corning/Fibreboard Asbestos
Personal Injury Trust
P.O. Box 1072
Wilmington, DE 19899

Plibrico Company
Plibrico Asbestos Trust
c/o Verus Claims Services, LLC.
2000 Lenox Drive
Suite 206
Lawrence, NJ 08648

Rock Wool Manufacturing
P.O. Box 506
8610 Spruiell Street
Leeds, AL 35094

                    Defendants   :

## PRAECIPE FOR DISMISSAL

TO THE CLERK:

Kindly mark the above-captioned dismissed without prejudice against all Defendants.

MINORA, MINORA, COLBASSANI,
KROWIAK, & MATTIOLI

By: _____

AMIL M. MINORA,   ESQUIRE
Attorney for Plaintiff

DATED:____11/9/12____

## DISMISSAL

The above-captioned matter has been dismissed without prejudice against all Defendants.

BY: _____
Clerk

BY: _____
Administrator